In the Matter of CITY SPECIALTY STORES, INC., Successors in Interest to FRANKLIN SIMON & CO., INC., Appellant, against BOARD OF ASSESSORS OF THE VILLAGE OF GARDEN CITY et al., Respondents. In the Matter of CITY SPECIALTY STORES, INC., Successors in Interest to FRANKLIN SIMON & CO., INC., Appellant, against BOARD OF ASSESSORS OF THE VILLAGE OF GARDEN CITY et al., Respondents.—

Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.